IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SADRICK BEVARD JOHNSON,<br>　　　Plaintiff,<br><br>v.<br><br>GREGG COUNTY DISTRICT<br>ATTORNEY'S OFFICE,<br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:26-CV-093-X-BW |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, this action will be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute or follow orders of the Court.

**SO ORDERED** on the 24th of February, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE